Donald S. Sexton, Appellant, v. Trust Company of North America, Respondent.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 345.]

In the Matter of the Application of THE GEVAERT COMPANY OF AMERICA, INC., Respondent, for an Order Directing Arbitration, etc., between the Petitioner and JACK T. COSMAN, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.